**Shango BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63335.**

Missouri Court of Appeals,
Western District.

Nov. 9, 2004.

Mark Allen Grothoff, State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

*Order*

PER CURIAM.

This is an appeal of a denial of a motion to vacate judgment and sentence under

Supreme Court Rule 29.15. Shango Bey (also known as Stanley Boyd) was convicted of committing violence against an employee of the Department of Corrections, § 217.385, RSMo 2000.

Finding no grounds for reversal, we affirm the denial of the post-conviction motion without an evidentiary hearing. A published opinion would lack jurisprudential value.

Affirmed. Rule 84.16(b).